IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. SHEENA JAMES, Defendant. | 8:08CR476 ORDER |

Defendant Sheena James appeared before the court on Wednesday, March 16, 2016 on an Amended Petition for Warrant for Offender Under Supervision [161]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Lecia E. Wright. The government moved for detention. A Detention hearing was held on Tuesday, March 22, 2016. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen. The government no longer opposed the defendant's release on conditions, therefore, the defendant will be released on current and modified conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 24, 2016 at 3:00 p.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 22nd day of March, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge